688 A.2d.1041

IN THE MATTER OF NICHOLAS G. SKOKOS,
AN ATTORNEY AT LAW.

February 26, 1997.

## ORDER

The Disciplinary Review Board on December 19, 1996, having filed with the Court its decision concluding that NICHOLAS G. SKOKOS of ASBURY PARK, who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.1 (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4 (failure to communicate) by failing to act promptly in concluding the sale of a restaurant business for his client, and good cause appearing;

It is ORDERED that NICHOLAS G. SKOKOS is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.